UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOEL G. PORTER

CIVIL ACTION

VERSUS

NO. 16-00121-JJB-RLB

TIMES GROUP, TIME BOOKS
*doing business as* PEOPLE MAGAZINE,
STEVE HELLING AND ANNE LANG

**RULING**

The Court, after carefully considering the *Petitions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of the United States Magistrate Judge Richard L. Bourgeois dated May 31, 2016, to which an *Objection*[3] has been filed and considered, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff Joel G. Porter's *Motion to Remand*[4] is DENIED.

Signed in Baton Rouge, Louisiana, on October 18, 2016.

**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Doc. 1-3 (*Original Petition for Damages*); Doc. 1-5 (*Superseding, Supplemental and Amended Petition for Damages*).
[2] Doc. 23.
[3] Doc. 26.
[4] Doc. 6.

1