UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOEL G. PORTER                                     CIVIL ACTION

VERSUS

                                                     NO. 16-121-JJB-RLB

TIMES GROUP, TIME BOOKS
*doing business as* PEOPLE MAGAZINE,
STEVE HELLING AND ANNE LANG

### ORDER

On November 4, 2016, the Magistrate Judge issued a *Report and Recommendation* that the Plaintiff's *Motion for Leave to File First Amended Complaint* be GRANTED and that this action be REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.[1] The Defendants, Time Inc. and Steve Helling, filed an *Objection* to the Magistrate Judge's Report and Recommendation to which Plaintiff Joel Porter filed a *Reply*.[2] In their *Objection*, the Defendants argue that under the facts of this case, the substitution of parties under Rule 25(a) of the Federal Rules of Civil Procedure is inapplicable. As discussed in footnote 8, the Magistrate Judge likewise noted the inapplicability of Rule 25 here. Considering that Anne Lang was never a proper party to this action, the Magistrate Judge properly construed the *Motion to Amend*, as seeking to add—not substitute—a new party. Accordingly, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge, and adopts it as the Court's opinion herein.

---

[1] Doc. 48.
[2] Doc. 49 and Doc. 52, respectively.

JURY

19th JDC - Certified

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that, Plaintiff's *Motion for Leave*[3] be GRANTED, and that the Clerk of Court enter Plaintiff's *First Amended Complaint* into the record.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that subsequent to the entry of Plaintiff's *First Amended Complaint* into the record, which will destroy diversity jurisdiction, this matter shall be remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana, on February 14, 2017.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[3] Doc. 34.